# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMED OMAR,<br><br>　　　　　　　　　Plaintiff,<br>vs.<br><br>CITY OF SAN DIEGO,<br><br>　　　　　　　　　Defendant. | CASE NO. 13CV952-MMA (MDD)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE**<br><br>[Doc. No. 14] |

Based on the Parties' joint motion pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and good cause appearing, the Court **GRANTS** the joint motion. Accordingly, the Court **DISMISSES with prejudice** the Complaint as to all parties and claims. Each side shall bear its own fees and costs. The Clerk of Court shall terminate the case.

**IT IS SO ORDERED.**

DATED: October 3, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Michael M. Anello_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Michael M. Anello
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge